```
                                                            FILED

 1 | Tim A. Pori (SBN 189270)                            DEC 23 2011
   | John F. Baumgardner (SBN 275674)
 2 | THE LAW OFFICES OF TIM A. PORI                 CLERK, U.S. DISTRICT COURT
   | 521 Georgia Street                           EASTERN DISTRICT OF CALIFORNIA
 3 | Vallejo, CA 94590                             BY _____
   | Telephone: (707) 644-4004                              DEPUTY CLERK
 4 | Facsimile: (707) 644-7528
```



Attorney for Defendant JESSE CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR07-00304 KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER PERMITTING** |
| | ) **TEMPORARY RELEASE TO ATTEND A** |
| v. | ) **FAMILY MEMBER FUNERAL** |
| JESSE CORRAL, | ) |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

Defendant JESSE CORRAL, by and through his counsel, TIM A. PORI, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. Corral from Tuesday, December 27, 2011, at 8:30 a.m. to December 28, 2011 at 6:00 p.m. to attend the funeral of his fifteen year old son, Reggie Johnny Corral. Mr. Corral is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for January 23, 2012 for status conference.

Reggie Johnny Corral passed away on December 17, 2011. The viewing and rosary are scheduled for December 27, 2011 at the Jesse E. Cooley Jr. Funeral home, located at 640 N. California Street, Stockton, California, 95202 from, 10:00 a.m. to 5:00 p.m. The funeral is scheduled for December 28, 2011, at 11:00 a.m. at the Pearly Gates Catholic Church located at 2171 East 11th Street, Stockton, California. The burial will be from 2:00 p.m. to 3:30 p.m. at the San Joaquin Catholic Cemetery in Stockton, California.

| | |
|---|---|
| 1 | The Law Office of Tim A. Pori has arranged for Mr. Corral's Mother, Ms. Diane Ramirez, to |
| 2 | accompany Mr. Corral. Pursuant to discussions with the U.S. Marshal, Ms. Ramirez will pick up Mr. Corral |
| 3 | at the U.S. Marshal's Office in the courthouse, transport him to the viewing, rosary, funeral service, and |
| 4 | burial, as well as provide lodging to Mr. Corral and return him to the U.S. Marshal's Office. Mr. Corral will |
| 5 | remain in the custody and control of Ms. Ramirez during the entire time of his release and will return back |
| 6 | to the jail on or before 6:00 p.m. on December 28, 2011 |

DATED: December 23, 2011.

Respectfully submitted,

THE LAW OFFICES OF TIM A. PORI

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant JESSE CORRAL

DATED: December 23, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt (Authorized 12/22/2011)
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: 12/23/11

_____
United States Magistrate Judge