1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA 95814
   (916) 552-6660
3  Fax: (916) 447-0592

4  Attorney for Jesus Garcia

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )  Case No.: CRS 07-00304 MCE
                                      )
                                      )  STIPULATION FOR MODIFICATIONOF
10            Plaintiff,              )  PRETRIAL RELEASE CONDITIONS
                                      )
11     vs.                            )
                                      )
12 JESUS MARCELINO GARCIA,            )
                                      )
13            Defendant               )

14

15      The parties hereby stipulate that in addition to the previously ordered conditions of

16 pretrial release for Jesus Marcelino Garcia, the following conditions be ordered:

17      That defendant's drug testing requirement be removed pursuant to the request of Pretrial

18 Services Officer, Darryl Walker. Mr. Walker states that during defendant's initial interview with

19 Pretrial Services, Mr. Garcia denied any drug abuse history. Mr. Walker states that Mr. Garcia

20 has been under Pretrial Services supervision for over 4 years and has never submitted a positive

21 drug test.

22      All other terms and conditions of pretrial release previously imposed remain in effect.

23

24

25

1

2

3

4                                       Respectfully Submitted

5

6    Dated this 6th day of February, 2012          By:    /s/ Danny D. Brace, Jr,
                                                         DANNY D. BRACE, JR.,
7                                                        Attorney for Jesus Garcia

8                                                  By:   /s/ Jason Hitt
                                                   Authorized to Sign for Jason
9                                                  Hitt on February 6, 2012
                                                   JASON HITT
10                                                 Attorney for the United States

11

12   IT IS SO ORDERED:

13   Dated:  February 6, 2012

14                                     _____

15                                     DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE
16

17

18

19   Dad1:crim
     Garcia304.stipord.modify-cor

20

21

22

23

24

25