1   **Tim A. Pori (SBN 189270)**
    **John F. Baumgardner (SBN 275674)**
2   THE LAW OFFICES OF TIM A. PORI
    521 Georgia Street
3   Vallejo, California 94590
    Telephone: (707) 644-4004
4   Facsimile: (707) 644-7525

5

    Attorney for Defendant
6   JESSE ROBERT CORRAL

7

8

9                    **IN THE UNITED STATES DISTRICT COURT**

                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12

     UNITED STATES OF AMERICA,          )   No. CR. S-07-0304-KJM
13                                       )
                    Plaintiff,           )
14                                       )
           v.                            )   **STIPULATION AND ORDER FOR**
15                                       )   **RELEASE OF PROPERTY POSTED FOR**
     JESSE ROBERT CORRAL,                )   **APPEARANCE BOND**
16                                       )
                    Defendant.           )
17                                       )
     _____     )
18

19        The parties hereby stipulate that the Clerk of the Court reconvey the property located at 2248

20   South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's mother, conveyed

21   to the District Court to secure the appearance bond in this case.

22        Ms. Diane Ramirez, Defendant Corral's mother, conveyed the the property located at 2248 South

23   Union Street, Stockton, CA 95206 to the District Court to secure the appearance bond in this case. That

24   Defendant Corral was ordered to be committed to the custody of the Attorney General and is being

25   detained at the Sacramento County Jail. Due to the fact that Defendant Corral has been detained which

26   secures his appearance, the the property located at 2248 South Union Street, Stockton, CA 95206

27   conveyed by Ms. Diane Ramirez is no longer required to secure the appearance bond in this case.

28   //

1   Therefore, the parties have stipulated that the Clerk of the Court reconvey the property

2   located at 2248 South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's

3   mother, conveyed to the District Court to secure the appearance bond in this case.

4

5

6   Dated:  August 6, 2012

                                            Respectfully submitted,

7                                           THE LAW OFFICES OF TIM A. PORI

8
                                             /s/ Tim A. Pori
9                                           TIM A. PORI
                                            Attorney for Defendant CORRAL
10

11
    Dated: August 6, 2012                    /s/ Jason Hitt (Authorized 8/6/2012)
12                                          JASON HITT
                                            Assistant U.S. Attorney
13

14

15

16                                      **ORDER**

17        IT IS HEREBY ORDERED that the Clerk of the Court reconvey the property located at

18   2248 South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's

19   mother, conveyed to the District Court to secure the appearance bond in this case.

20   Dated:  August 7, 2012.

21

22   _____
                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28